**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDVARD GASPARYAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MATTHEW G. WITTAKER, Acting Attorney General of the United States, et al.,<br><br>　　　　　Respondents. | Case No. 2:18-cv-10221-AB (AFM)<br><br>ORDER TO SHOW CAUSE |

　　　On March 6, 2019, the Court issued an order finding Petitioner had failed to exhaust his administrative remedies. (ECF No. 18.) As explained in the order, Petitioner's failure to exhaust supports dismissal of this action. Nevertheless, the Court stayed the action to allow Petitioner to exhaust his claims. Petitioner was directed to file a status report no later than sixty (60) days from the date of service of the order. The status report was due on or before May 6, 2019. Petitioner has not filed a response to the Court's order.

Petitioner is ordered to show cause **on or before May 28, 2019** why this action should not be dismissed without prejudice for failure to exhaust. Specifically, petitioner must file and serve a status report stating what steps he has taken in an effort to satisfy the exhaustion requirement and explain his failure to timely comply with the Court's March 6, 2019 order.

Petitioner is admonished that failure to timely file a response to this order may result in dismissal of this action for failure to exhaust, failure to comply with court orders, and/or failure to prosecute.

DATED: 5/14/2019

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE