UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

| | |
|---|---|
| EDVARD GASPARYAN,<br><br>        Petitioner,<br>    v.<br><br>MATTHEW G. WHITAKER, Acting Attorney General of the United States; *et al.*,<br><br>        Respondents. | Case No. 2:18-cv-10221-AB (AFM)<br><br>[PROPOSED]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

Pursuant to the Stipulation of Dismissal under Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Court dismisses Plaintiff's petition with prejudice and without costs or fees to any party.

**IT IS SO ORDERED**.

DATED: 5/23/2019

                                          Alexander F. MacKinnon
                                          UNITED STATES MAGISTRATE JUDGE